■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DON TAYLOR, Appellant. [802 NYS2d 371]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 1990 (*People v Taylor,* 167 AD2d 363 [1990]), affirming a judgment of the Supreme Court, Kings County, rendered July 12, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Adams and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VI TANG, Appellant. [802 NYS2d 371]—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed December 2, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see People v Suitte,* 90 AD2d 80 [1982]). Adams, J.P., Mastro, Lifson and Lunn, JJ., concur.